FILED
2007 FEB 15 PM 1:52
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

05-33[illegible]
GEORGE L. COHN
2850 Artesia Boulevard
Suite [illegible]
P.O. Box 5000
Redondo Beach, CA 90278-9200
(310) 370-3730

Attorney for Creditor
PAVEL FLIDER, ANNA FLIDER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>EFREN REYNOSO,<br><br>Debtor. | [Chapter 11]<br>CASE NO. 06-42533 RN<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>[No hearing set] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that George L. Cohn, as attorney for creditor(s) PAVEL FLIDER, ANNA FLIDER (collectively "Creditors"), hereby requests of the Clerk of the Court and of all parties in interest herein, that notices of all documents filed or served in the above-entitled matter and in all related adversary actions herein, be given to said Creditor(s):

PAVEL FLIDER, ANNA FLIDER
c/o George L. Cohn
Attorney at Law
P.O. Box 5000
Redondo Beach, CA 90278-9200

DATED: 2/13/07

GEORGE L. COHN
Attorney for Creditor

```
 1                    PROOF OF SERVICE BY MAIL

 2   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 3        I am employed in the county of Los Angeles, State of
     California. I am over the age of 18 and not a party to the within
 4   action; my business address is 2850 Artesia Boulevard, Suite 201
     Redondo Beach, California.
 5
          On this date, I served the foregoing document(s) described as
 6
     REQUEST FOR SPECIAL NOTICE
 7
     on the interested party/parties in this action by placing a true
 8   copy thereof in sealed envelope(s) with postage thereon fully
     prepaid in the United States Mail at Redondo Beach, California
 9   addressed as follows:

10   SEE ATTACHED LIST

11        I am "readily familiar" with this firm's practice of
     collection and processing correspondence for mailing. It is
12   deposited with the U.S. Postal Service on that same day in the
     ordinary course of business. I am aware that on motion of party
13   served, service is presumed invalid if postal cancellation date or
     postage meter date is more than one (1) day after date of deposit
14   for mailing in affidavit.

15   [ ]       (By Overnight Courier)  I caused each envelope with
               postage fully prepaid, to be sent by Federal Express
16             Courier to the above addressee(s)

17   [ x ]     (By Mail) I caused such envelope(s) with postage thereon
               fully prepaid to be placed in the United States mail at
18             Redondo Beach, California.

19        I declare under penalty of perjury I am employed in the office
     of a member of the bar of this court at whose direction the service
20   was made, and that this declaration was executed on 2/13/07      ,
     2007 at Redondo Beach, California.
21
                                       _____
22                                     Mini Leano
```


**MAILING LIST**

East Coco Wheels
Efren Reynoso/Owner
8836 International Blvd
Oakland, California 94621


Ruth Elin Auerbach
711 Van Ness Avenue, Suite 440
San Francisco, CA 94102


Office of the United States Trustee
1301 Clay Street, Suite 690 N
Oakland, CA 94612