

**Signed: March 31, 2008**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:Efren Reynoso                    Case Number:06-42533-RN

                                       Chapter:11

Debtor(s)/

**ORDER VACATING DISCHARGE AND FINAL DECREE**

On **1/29/2008**, the Clerk's Office entered the Order of Discharge and Final Decree on the above captioned case in error.

In light of the above and good cause appearing,

IT IS ORDERED that the Order of Discharge and Final Decree in the above captioned case are vacated.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients